**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DANIELLE SADESKY, as Administratrix Ad
Prosequendum of the goods, chattels and credits
of Gerald Sadesky, Deceased,

                Plaintiff,

-against-

LIBERTY CHEVROLET, INC. d/b/a BRONX
HONDA, CONSTANCE J. PARAGON, and
BERN OTCHERE-ADJEL,
                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/05

04 CIVIL 1894 (KMK)

**JUDGMENT**

Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Kenneth M. Karas, United States District Judge, and the Court, on April 27, 2005, having rendered its Opinion and Order dismissing the action without prejudice to refiling the action in state court, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 27, 2005, the action is dismissed without prejudice to refiling the action in state court; accordingly, the case is closed.

**Dated:** New York, New York
        May 2, 2005

                                          **J. MICHAEL McMAHON**
                                            **Clerk of Court**
              **BY:**
                                            **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON